# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOHN PARKER, JR.

NO. 2021 KW 0639

**JULY 30, 2021**

---

In Re:   John Parker, Jr., applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge,
         No. 21-00217.

---

**BEFORE:   McCLENDON, HOLDRIDGE, AND HESTER, JJ.**

   **WRIT DENIED.**

                              **PMc**
                              **GH**

   **Hester, J.,** concurs and would deny the writ application on
the showing made.

COURT OF APPEAL, FIRST CIRCUIT

_____
         DEPUTY CLERK OF COURT
              FOR THE COURT